AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

NDEYE NENE FALL KARERI

**WARRANT FOR ARREST**

CASE NUMBER: 05 - 0314 M - 01

FILED
MAY 2 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Ndeye Nene Fall Kareri___
                                             Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

did knowingly combine, conspire and agree with each other and with others to defraud Riggs Bank by devising a scheme and artifice to defraud, and to obtain moneys and funds owned by and under the custody and control of Riggs, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, that is, defendants SIMON P. KARERI and NDEYE NENE FALL KARERI wilfully concealed the material fact from Riggs Bank that KARERI was engaging in prohibited personal business transactions with Riggs Bank customers, in violation of Title 18, United States Code, Section 1344 (bank fraud)

in violation of Title __18__ United States Code, Section(s) __§ 371, 1344, 1343 and 1957__.

ALAN KAY
Name of Issuing Officer   U.S. MAGISTRATE JUDGE

Signature of Issuing Officer

Title of Issuing Officer   ALAN KAY   U.S. MAGISTRATE JUDGE

MAY 2 6 2005   District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                        Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED 5/27/05 | NAME AND TITLE OF ARRESTING OFFICER Darlene Dodd reporting DUSM | SIGNATURE OF ARRESTING OFFICER Darlene Dodd reporting |
| DATE OF ARREST 5/27/05 | | |