# United States District Court

FOR THE _____ DISTRICT OF ___ COLUMBIA

FILED
MAY 2 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

*Ndeye Nene Fall Kareni*
_____
Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: 05-314M-01

Upon motion of the ___UNITED STATES GOVERNMENT___, it is ORDERED that a detention hearing is set for __6-1-05__ * at __1:45 PM__
                                                      Date                         Time

before ___MAGISTRATE JUDGE ~~ALAN KAY~~ *John M. Facciola*___
                          Name of Judicial Officer

___United States District Court for the District of Columbia___
                          Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
     Other Custodial Official

Date: __5-27-05__                                  _____
                                                    Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.